NDFL Prob 35
(1/92)

Report and Order Terminating
Supervised Release
Prior to Original Expiration Date

# UNITED STATES DISTRICT COURT
for the
**Northern District of Florida**

UNITED STATES OF AMERICA

V

Dkt. No. 1:89CR18-007

ERIC EUGENE SCOTT

On October 25, 2005, the above named was placed on Supervised Release for a period of three (3) years. He has complied with the rules and regulations of Supervised Release and is no longer in need of Supervised Release. It is accordingly recommended that Eric Eugene Scott be discharged from Supervised Release.

Respectfully submitted,

Edward A. Emery
Sr. U. S. Probation Officer

## ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from Supervised Release and that the proceedings in the case be terminated.

Date this 14TH day of July, 20 09.

Maurice M. Paul
Senior United States District Judge